DANIEL RICHTER, Respondent, v. MARX WISE, Appellant.

*Attachment — Affidavit must show the facts constituting the cause of action.*

Appeal from an order denying a motion to discharge an attachment. The plaintiff's affidavit stated that he had a just cause of action against the defendant, for the amount named in the summons, but did not state the facts constituting the cause of action. The court was of opinion that it was not sufficient to state the amount of the claim, and the legal conclusion that the plaintiff had a cause of action, but that the subject-matter of the claim should be set forth.*

*Kurzman & Yeaman*, for the appellant.

*Bushnell & Albright*, for the respondent.

Opinion by Brady, J.

Davis, P. J., and Daniels, J., concurred.

Order reversed, with ten dollars costs, besides disbursements; and an order directed, setting aside the attachment, with ten dollars costs.